UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILL McRANEY                                                                    PLAINTIFF

V.                                               Civil Action No. 1:17-cv-080-GHD-DAS

THE NORTH AMERICAN MISSION BOARD
OF THE SOUTHERN BAPTIST CONVENTION, INC.            DEFENDANT

<u>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS</u>

Pursuant to an opinion issued this day, it is hereby ORDERED that the Defendant's motion to dismiss [Doc. No. 8] is GRANTED IN PART AND DENIED IN PART, as follows:

(1) The motion is GRANTED insofar as it seeks dismissal of COUNT IV of the Plaintiff's Complaint [Doc. No. 2, at p. 7], which is the Plaintiff's claim for intentional interference with his speaking engagement at the Pastor's Conference in Florida, and that claim is DISMISSED WITH PREJUDICE; and

(2) The motion is DENIED in all other respects.

SO ORDERED, this, the 18th day of January, 2018.

                                                     _____
                                                     SENIOR U.S. DISTRICT JUDGE