UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILL MCRANEY                                    PLAINTIFF

v.                                  Civil No. 1:17-cv-00080-GHD-DAS

THE NORTH AMERICAN MISSION BOARD
OF THE SOUTHERN BAPTIST CONVENTION          DEFENDANT

## ORDER DISMISSING CASE

For the reasons set forth in the memorandum opinion issued this day, it is ORDERED that:

1. Defendant North American Mission Board's motion for summary judgement [48] is converted into a motion to dismiss for lack of subject matter jurisdiction and is GRANTED;

2. Plaintiff Will McRaney's claims are DISMISSED for lack of subject matter jurisdiction;

3. The North American Mission Board's pending motion to strike [56] is DENIED AS MOOT; and

4. This case is CLOSED.

SO ORDERED, this, the 22nd day of April 2019.

                                                  _____
                                                  SENIOR U.S. DISTRICT JUDGE