IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILL McRANEY                                                                          PLAINTIFF

VS.                                           CAUSE NO. 1:17cv080-GHD-DAS

THE NORTH AMERICAN MISSION BOARD
OF THE SOUTHERN BAPTIST CONVENTION, INC.                DEFENDANT

## **NOTICE OF APPEAL**

      BY THIS NOTICE: THE PLAINTIFF, WILL MCRANEY, appeals to the Fifth Circuit Court of Appeals against, THE NORTH AMERICAN MISSION BOARD OF THE SOUTHERN BAPTIST CONVENTION, INC., from the Order Dismissing Case executed by Senior U. S. District Judge Glen H. Davidson on April 22, 2019, and entered on April 24, 2019, converting Defendant's Motion for Summary Judgment into a Motion to Dismiss for Lack of Subject Matter Jurisdiction.

      This the 1st day of May, 2019.

                                           Respectfully submitted,

                                           WILL McRANEY, Plaintiff

                         BY:     s/W. HARVEY BARTON, MSB #2104

**BARTON LAW FIRM, PLLC**

W. HARVEY BARTON, MSB #2104
3007 Magnolia Street
Pascagoula, MS 39567
Telephone: (228) 769-2070
Facsimile: (228) 769-1992
harvey@wbartonlaw.com

## CERTIFICATE OF SERVICE

I, W. HARVEY BARTON, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF System which sent notification of such filing to:

**Joshua J. Wiener, Esquire**
**Kathleen Ingram Carrington, Esquire**
**Butler Snow, LLP**
**P. O. Box 6010**
**Ridgeland, MS 39158-6010**
josh.wiener@butlersnow.com
kat.carrington@butlersnow.com

**Adam Stone, Esquire**
**Jackie R. Bost, II, Esquire**
**Jones Walker, LLP**
**190 E. Capitol Street, Suite 800**
**Jackson, MS 39201**
astone@joneswalker.com
Jbost@joneswalker.com

**Gregory L. Ewing, Esquire**
**Davis, Agnos, Rapapport & Skalny, LLC**
**10211 Wincopin Circle, Suite 600**
**Columbia, MD 21044**
gewing@darslaw.com

SO CERTIFIED, this the 1st day of May, 2019.

                                                 s/W. HARVEY BARTON, MSB #2104

**BARTON LAW FIRM, PLLC**

W. HARVEY BARTON, MSB #2104
3007 Magnolia Street
Pascagoula, MS  39567
Telephone: (228) 769-2070
Facsimile: (228) 769-1992
harvey@wbartonlaw.com