UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILL McRANEY

PLAINTIFF

V.　　　　　　　　　　　　　　　　　　　　　　　　　No. 1:17cv080-GHD-DAS

THE NORTH AMERICAN MISSION BOARD
OF THE SOUTHERN BAPTIST CONVENTION, INC.

DEFENDANT

## ORDER GRANTING MOTION TO SEAL DOCUMENTS

UPON CONSIDERATION OF Baptist Convention of Maryland/Delaware, Inc.'s ("BCMD") Motion to Seal [126], it is hereby:

**ORDERED** that the Motion [126] is **GRANTED**; and it is further

**ORDERED** that this Court finds that the information contained in Exhibits A and B to Defendant North American Mission Board of the Southern Baptist Convention, Inc.'s Motion for Reconsideration of the Court's Order Granting BCMD's Motion to Quash Subpoena Duces Tecum is private and confidential information relating to BCMD's internal employment practices and management decisions, and that the public's interest in such information is outweighed by BCMD's interest in preserving its confidentiality; and it is further

**ORDERED** that there are clear and compelling reasons to seal Exhibits A and B; and it is further

**ORDERED** that sealing Exhibits A and B from public access, but allowing the parties, counsel of record, and the Court access via CM/ECF is most appropriate; and it is further

**ORDERED** that the Exhibits A and B shall be filed under Seal pursuant to this Order, and

shall remain under seal permanently.

SO ORDERED, this 27th day of September, 2022.

_____
Senior U.S. District Judge

2