# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| Will McRaney,<br><br>    Plaintiff,<br><br>v.<br><br>The North American Mission Board of the Southern Baptist Convention, Inc.,<br><br>    Defendant. | Case No. 1:17-cv-00080-GHD-DAS |

## PLAINTIFF'S NOTICE OF DEPOSITION

Pursuant to Federal Rules of Civil Procedure 26, 30(b)(1) and 45, Plaintiff, by and through counsel, will take the deposition of Rob Paul. The deposition will take place on February 28, 2023, commencing at 1:00 pm CT, by remote means via Zoom, and continue until complete.

The deposition will be taken before an officer authorized to administer oaths pursuant to the Federal Rules of Civil Procedure, and be recorded by audio and stenographic means.

This deposition is for the purpose of discovery, for use at trial, or any other purpose permitted under the applicable Rules.

February 21, 2023            Respectfully Submitted,

*William Harvey Barton*

William Harvey Barton, II
BARTON LAW FIRM, PLLC
3007 Magnolia Street
Pascagoula, MS 39567
Phone: (228) 769-2070
harvey@wbartonlaw.com

*Scott E. Gant*

Scott E. Gant
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Phone: (202) 237-2727
sgant@bsfllp.com