IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

Civil Minutes - General

| | |
|---|---|
| Case No: 1:17-cv-80-GHD-DAS | Place Held: Amory Courtroom 1 Video Conference |

Style: McRaney v. The North American Mission Board of The Southern Baptist Convention

Date: February 23, 2023

Total Time: 13 minutes
Start: 2:00 p.m.
End: 2:13 p.m.

PRESENT:   David A. Sanders   United States Magistrate Judge

           Catherine Servati   Law Clerk

ATTORNEY PRESENT

FOR PLAINTIFF(S)                FOR DEFENDANT(S)

Scott Gant                      Kathleen Carrington
                                Tim Perla
                                Josh Vitter

PROCEEDINGS: Status Conference

Docket Entry: Conference held. Order to follow.

                                DAVID CREWS, CLERK

                                By:   /s/ Catherine Servati
                                      Law Clerk