# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**WILL McRANEY**                                                                                                           **PLAINTIFF**

**v.**                                                              **No. 1:17cv080-GHD-DAS**

**THE NORTH AMERICAN MISSION BOARD**
**OF THE SOUTHERN BAPTIST CONVENTION, INC.**                **DEFENDANT**

## NOTICE OF SUBPOENA FOR DEPOSITION OF BARRY HANKINS

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26, 30, and 45, Defendant The North American Mississippi Board of the Southern Baptist Convention, Inc. ("NAMB"), by and through counsel, will take the deposition upon oral examination of Barry Hankins on April 25, 2023, at 9:00 a.m. Eastern Standard Time, at the offices of Boies Schiller Flexner LLP, 1401 New York Avenue, NW, Washington, DC 20005.  The deposition will continue from day to day until completed.  The deposition will be taken before a duly qualified court reporter or some other person authorized to administer oaths, and will be recorded by video and stenographic means.  The deposition may be used to preserve testimony for trial, to obtain discovery, and/or for any other purpose authorized by the Federal Rules of Civil Procedure.

Respectfully submitted, this the 29th day of March, 2023.

        By: */s/ Kathleen Ingram Carrington*
        Kathleen Ingram Carrington (MB# 104220)
        Alexa Ortiz Hadley (admitted *pro hac vice*)
        BUTLER SNOW LLP
        150 3rd Avenue South, Suite 1600
        Nashville, TN 37201
        (P) 615-651-6700
        (F) 615-651-6701
        kat.carrington@butlersnow.com
        alexa.hadley@butlersnow.com

        Joshua J. Wiener (MB# 7185)
        BUTLER SNOW LLP
        1020 Highland Colony Parkway, Suite 1400
        Ridgeland, MS 39157
        Post Office Box 6010
        Ridgeland, MS 39158-6010
        (P) 601-985-4501
        (F) 601-985-4500
        josh.wiener@butlersnow.com

        Timothy J. Perla (admitted *pro hac vice*)
        WILMER CUTLER PICKERING HALE AND DORR LLP
        60 State Street
        Boston, MA 02109
        (P) 617-526-6696
        (F) 617-526-5000
        timothy.perla@butlersnow.com

        */s/Joshua A. Vittor*
        Joshua A. Vittor (admitted *pro hac vice*)
        WILMER CUTLER PICKERING HALE AND DORR LLP
        350 South Grand Avenue
        Suite 2400
        Los Angeles, CA 90071
        (P) 213 443-5375
        (F) 213-443-5400
        joshua.vittor@wilmerhale.com

        *Counsel for Defendant The North American Mission Board of the Southern Baptist Convention, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I had served via email a true and correct copy of the above and foregoing document to all counsel of record.

SO CERTIFIED, this the 29th day of March, 2023.

/s/ *Joshua A. Vittor*
JOSHUA A. VITTOR