# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**WILL McRANEY**                                                **PLAINTIFF**

**v.**                                                                     **No. 1:17cv080-GHD-DAS**

**THE NORTH AMERICAN MISSION BOARD**
**OF THE SOUTHERN BAPTIST CONVENTION, INC.**            **DEFENDANT**

## NOTICE OF SUBPOENA FOR DEPOSITION OF D.C. SHARP

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26, 30, and 45, Defendant The North American Mississippi Board of the Southern Baptist Convention, Inc. ("NAMB"), by and through counsel, will take the deposition upon oral examination of D.C. Sharp on April 18, 2023, at 10:00 a.m. Central Standard Time. The deposition will continue from day to day until completed. The deposition will be taken before a duly qualified court reporter or some other person authorized to administer oaths, and will be recorded by video and stenographic means. The deposition may be used to preserve testimony for trial, to obtain discovery, and/or for any other purpose authorized by the Federal Rules of Civil Procedure.

Pursuant to agreement by the parties and witness, the deposition will take place via remote means via Zoom or similar web-based videoconference platform. Absent consent by the witness or the parties at least 72 hours in advance of the deposition, the deposition will take place in person, at the offices of Butler Snow LLP, located at 6075 Poplar Avenue, Suite 500, Memphis Tennessee, 38119.

Respectfully submitted, this the 29th day of March, 2023.

By: *s/ Kathleen Ingram Carrington*
Kathleen Ingram Carrington (MB# 104220)
Alexa Ortiz Hadley (admitted *pro hac vice)*
BUTLER SNOW LLP
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
(P) 615-651-6700
(F) 615-651-6701
kat.carrington@butlersnow.com
alexa.hadley@butlersnow.com

Joshua J. Wiener (MB# 7185)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Post Office Box 6010
Ridgeland, MS  39158-6010
(P) 601-985-4501
(F) 601-985-4500
josh.wiener@butlersnow.com

Timothy J. Perla (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
(P) 617-526-6696
(F) 617-526-5000
timothy.perla@butlersnow.com

*s/ Joshua A. Vittor*
Joshua A. Vittor (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
(P) 213 443-5375
(F) 213-443-5400
joshua.vittor@wilmerhale.com

*Counsel for Defendant The North American Mission Board of the Southern Baptist Convention, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28th, 2023, I had served via email a true and correct copy of the above and foregoing document to all counsel of record.

SO CERTIFIED, this the 29th day of March, 2023.

/s/ *Joshua A. Vittor*
JOSHUA A. VITTOR

3