**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

| | |
|---|---|
| **WILL McRANEY** | **PLAINTIFF** |
| V. | No. 1:17cv080-GHD-DAS |
| **THE NORTH AMERICAN MISSION BOARD OF THE SOUTHERN BAPTIST CONVENTION, INC.** | **DEFENDANT** |

**CONSENT MOTION TO ENTER STIPULATED ORDER
REGARDING CONFIDENTIALITY OF THIRD-PARTY DOCUMENTS
PRODUCED BY BCMD**

**COMES NOW** Respondent Baptist Convention of MD/DC, Inc. ["BCMD"], with the consent of Plaintiff and Defendant, to respectfully request that the Court enter a stipulated order regarding the confidentiality of third-party documents produced by BCMD. In support of this Motion, Respondent states:

1. Plaintiff Will McRaney and Defendant The North American Mission Board of the Southern Baptist Convention, Inc. have served subpoenas on BCMD, seeking documents in connection with the above-captioned litigation (the "Subpoenas").

2. BCMD intends to produce certain documents in response to the Subpoenas, but wishes for its production, which contains confidential and proprietary ministerial, ecclesiastical, religious, business, and personnel information, to be subject to confidentiality protections.

3. The parties to this action consent to the entry of a Stipulated Order Regarding Confidentiality of Third-Party Documents Produced by BCMD, in the form attached hereto and incorporated by reference as Exhibit "1", to govern the production of confidential information by BCMD.

#101162781v2

4. Accordingly, BCMD moves for the entry of a Stipulated Order Regarding Confidentiality of Third-Party Documents Produced by BCMD, in the form attached hereto as Exhibit "1".

5. Plaintiff Will McRaney and Defendant The North American Mission Board of the Southern Baptist Convention, Inc., consent to the entry of the Stipulated Order Regarding Confidentiality of Third-Party Documents Produced by BCMD.

**WHEREFORE,** Respondent BCMD respectfully submits that for good cause shown this consent motion be granted.

Respectfully submitted,

**BAPTIST CONVENTION OF MARYLAND/DELAWARE**

By Its Attorneys,

*/s/ Adam Stone*

_____
Adam Stone (MSB No. 10412)
Jones Walker, LLP 190 E. Capitol St., Ste. 800
Jackson, MS 39201
Tel. No. (601) 949-4717
Fax. No. (601) 949-4804
astone@joneswalker.com


*/s/ Eric W. Gunderson*

_____
Eric W. Gunderson, *Pro Hac Vice*
Davis, Agnor, Rapaport & Skalny, LLC
11000 Broken Land Parkway, Suite 600
Columbia, Maryland 21044
410-995-5800 / 410-309-6161 Fax
egunderson@darslaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of April, 2023, a copy of the foregoing Motion was served electronically on all counsel of record via the Court's ECF system.

*/s/ Eric W. Gunderson*
_____
Eric W. Gunderson, *Pro Hac Vice*