# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**WILL MCRANEY**                                                                                   **PLAINTIFF**

**V.**                                         **CIVIL CAUSE NO. 1:17-CV-80-GHD-DAS**

**THE NORTH AMERICAN MISSION**
**BOARD OF THE SOUTHERN BAPTIST**
**CONVENTION, INC.**                                                            **DEFENDANT**

## STIPULATED ORDER REGARDING
## CONFIDENTIALITY OF THIRD-PARTY DOCUMENTS
## PRODUCED BY BCMD

**PRESENTLY BEFORE THE COURT** is a Consent Motion to Enter Stipulated Order Regarding Confidentiality of Third-Party Documents Produced by BCMD. After careful consideration, the Court finds that:

1. Plaintiff Will McRaney and Defendant The North American Mission Board of the Southern Baptist Convention, Inc. have served subpoenas on third-party Respondent Baptist Convention of MD/DE, Inc. ("BCMD"), seeking documents in connection with the above-captioned litigation.

2. BCMD intends to produce certain documents in response to the subpoenas but wishes for its production, which contains confidential and proprietary ministerial, ecclesiastical, religious, business, and personnel information, to be subject to confidentiality provisions.

3. There is currently no protective order governing the production of documents by BCMD.

4. Nevertheless, an order regarding confidentiality of the third-party documents responsive to the parties' subpoenas is in order.

5. BCMD and the parties have reached an agreement regarding the confidentiality provisions that should govern BCMD's production of the documents, and the Court finds those provisions to be appropriate and necessary.

**IT IS, THEREFORE, ORDERED THAT:**

1. BCMD shall label as "Confidential" any documents that it produces in this matter that it wishes to protect from disclosure and believes are entitled to protection under the Federal Rules of Civil Procedure.

2. The parties and any person receiving BCMD documents labeled Confidential pursuant to the terms of this Stipulated Order may use said documents only for the purposes of this litigation.

3. The parties and their counsel are responsible for employing reasonable measures to control access to and secure distribution of BCMD documents designated Confidential.

4. Except as otherwise provided in this Stipulated Order, Confidential BCMD documents shall only be disclosed to the following persons:

    (a) Counsel for the parties who have appeared in this litigation and associated personnel necessary to assist counsel in this action, such as paralegals and litigation support, information technology, information or records management, investigative, secretarial, or clerical personnel, provided that each is first advised of the terms of this Order;

    (b) The parties and their officers or employees, including in-house counsel, whose assistance is reasonably necessary to assist counsel in this action, provided that each is first advised of the terms of this Order;

    (c) Experts or consultants retained for this litigation, including both consulting and testifying experts, who have first signed the "Acknowledgement and Agreement to Comply

with Stipulated Order Regarding Confidentiality of Third-Party Documents Produced by BCMD" in the form attached hereto as Exhibit A;

   (d) The Court and court personnel;

   (e) Court reporters, videographer services, translation service, photocopy service, document management service, records management service, graphics service or such other litigation assistance service designated by a party or party's legal counsel in this litigation who have first signed the attached "Acknowledgement and Agreement to Comply with Stipulated Order Regarding Confidentiality of Third-Party Documents Produced by BCMD";

   (f) Any private mediators used in this action and their employees who have first signed the attached "Acknowledgement and Agreement to Comply with Stipulated Order Regarding Confidentiality of Third-Party Documents Produced by BCMD";

   (g) Any witness who is called to testify at a deposition or hearing in this litigation, provided that any such person or entity is advised of the terms of this Stipulated Order.

   5. Counsel for the parties shall maintain all copies of the executed "Acknowledgement and Agreement to Comply with Stipulated Order Regarding Confidentiality of Third-Party Documents Produced by BCMD" forms, as well as a list of all individuals who have signed the forms.

   6. Persons receiving BCMD Confidential material pursuant to the terms of this Stipulated Order are prohibited from disclosing it to any person except in conformance with this Protective Order.

   7. This Stipulated Order does not itself provide confidential treatment to motions, briefs, or other filed documents, or require any party to file anything under seal. If a party files a motion or other submission specifically disclosing the substance of BCMD's Confidential

materials produced pursuant to the third-party subpoena, BCMD may seek an order from the Court to seal any such documents, after conferring with the parties and setting forth the position of the parties in any BCMD motion to seal.

8.  Absent further order from the Court, within 90 days of the conclusion of this litigation, including appeals, the parties shall destroy or delete all Confidential items that have not been made public as a result of proceedings referenced herein and certify in writing to BCMD that the items have been destroyed or deleted. Notwithstanding this provision, counsel are entitled to retain an archival copy of all pleadings, motion papers, transcripts, legal memoranda, correspondence (including e-mails), trial and deposition exhibits, expert reports, and attorney work product, even if such materials contain confidential information subject to this Protective Order. Any such archival copies that contain or constitute confidential information remain subject to this Protective Order.

This the _____ day of _____, 2023.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| Will McRaney, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-00080-GHD-DAS |
| | ) | |
| The North American Mission Board of the | ) | |
| Southern Baptist Convention, Inc., | ) | |
| | ) | |
| Defendant | | |

### ACKNOWLEDGMENT AND AGREEMENT TO COMPLY WITH STIPULATED ORDER REGARDING CONFIDENTIALITY OF THIRD-PARTY DOCUMENTS PRODUCED BY THE ERLC

I, _____, hereby attest to my understanding that the information and/or documents designated "Confidential" are provided to me pursuant to the terms and conditions set forth in the "Stipulated Order Regarding Confidentiality of Third-Party Documents Produced by BCMD" entered in this matter by the Court on _____; that I have been given a copy and have read said Stipulated Order; and I hereby agree to be bound by said Stipulated Order and its terms.

Further, I agree to subject myself to the jurisdiction of the United States Court for the Northern District of Mississippi in and for any contempt proceeding or other appropriate sanction as the Court may deem proper for violation of the referenced Stipulated Order or this Acknowledgment and Agreement to Comply with Stipulated Order.

Date: _____  _____
                                                                               Signature

                                                                             _____
                                                                               Printed Name