# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| Will McRaney,<br><br>      Plaintiff,<br><br>v.<br><br>The North American Mission Board of the Southern Baptist Convention, Inc.,<br><br>      Defendant. | Case No. 1:17-cv-00080-GHD-DAS |

## PLAINTIFF'S NOTICE OF SERVICE

Pursuant to L.U.CIV.R. 5(d), notice is hereby given that on the date indicated below Plaintiff's counsel served the following:

- Notice of Document Subpoena to the Baptist Convention of Maryland/Delaware (BCMD) (March 23, 2023)

- Notice of Document Subpoena to Bill Warren (March 28, 2023)

April 8, 2023				Respectfully Submitted,

*William Harvey Barton*

William Harvey Barton, II
BARTON LAW FIRM, PLLC
3007 Magnolia Street
Pascagoula, MS 39567
Phone: (228) 769-2070
harvey@wbartonlaw.com

*Scott E. Gant*

Scott E. Gant
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Phone: (202) 237-2727
sgant@bsfllp.com