**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**WILL McRANEY**                                                                                 **PLAINTIFF**

**v.**                                                                  **No. 1:17cv080-GHD-DAS**

**THE NORTH AMERICAN MISSION BOARD**
**OF THE SOUTHERN BAPTIST CONVENTION, INC.**            **DEFENDANT**

**NOTICE OF SUBPOENA FOR DEPOSITION OF BILL WARREN**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26, 30, and 45, Defendant The North American Mississippi Board of the Southern Baptist Convention, Inc. ("NAMB"), by and through counsel, will take the deposition upon oral examination of Bill Warren on May 4, 2023, at 10:30 a.m. Eastern Standard Time, at 1910 Towne Center Boulevard, Suite 250, Annapolis, Maryland 21401. The deposition will continue from day to day until completed. The deposition will be taken before a duly qualified court reporter or some other person authorized to administer oaths, and will be recorded by video and stenographic means. The deposition may be used to preserve testimony for trial, to obtain discovery, and/or for any other purpose authorized by the Federal Rules of Civil Procedure.

Respectfully submitted, this the 19th day of April, 2023.

> By: */s/ Kathleen Ingram Carrington*
> Kathleen Ingram Carrington (MB# 104220)
> Alexa Ortiz Hadley (admitted *pro hac vice)*
> BUTLER SNOW LLP
> 150 3rd Avenue South, Suite 1600
> Nashville, TN 37201
> (P) 615-651-6700
> (F) 615-651-6701
> kat.carrington@butlersnow.com
> alexa.hadley@butlersnow.com
>
> Joshua J. Wiener (MB# 7185)
> BUTLER SNOW LLP
> 1020 Highland Colony Parkway, Suite 1400
> Ridgeland, MS 39157
> Post Office Box 6010
> Ridgeland, MS 39158-6010
> (P) 601-985-4501
> (F) 601-985-4500
> josh.wiener@butlersnow.com
>
> Timothy J. Perla (admitted *pro hac vice*)
> WILMER CUTLER PICKERING HALE AND DORR LLP
> 60 State Street
> Boston, MA 02109
> (P) 617-526-6696
> (F) 617-526-5000
> timothy.perla@butlersnow.com
>
> */s/Joshua A. Vittor*
> Joshua A. Vittor (admitted *pro hac vice*)
> WILMER CUTLER PICKERING HALE AND DORR LLP
> 350 South Grand Avenue
> Suite 2400
> Los Angeles, CA 90071
> (P) 213 443-5375
> (F) 213-443-5400
> joshua.vittor@wilmerhale.com
>
> *Counsel for Defendant The North American Mission Board of the Southern Baptist Convention, Inc.*

**CERTIFICATE OF SERVICE**

  I, Kathleen Ingram Carrington, one of the attorneys for Defendant, do hereby certify that I have caused to be electronically filed the above and foregoing with the Clerk of the Court using the Court's ECF system which sent notification of such filing to all counsel of record.

  SO CERTIFIED this 19th day of April, 2023.

          *s/ Kathleen Ingram Carrington*
          KATHLEEN INGRAM CARRINGTON