**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | |
|---|---|
| **WILL McRANEY** | **PLAINTIFF** |
| V. | NO. 1:17cv080-GHD-DAS |
| **THE NORTH AMERICAN MISSION BOARD OF THE SOUTHERN BAPTIST CONVENTION, INC.** | **DEFENDANT** |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Clarence Webster, III of Jones Walker LLP hereby enters his appearance as counsel for Baptist Convention of Maryland/Delaware, Inc. in the above-styled action.

This, the 1st day of May, 2023.

        Respectfully submitted,

        **BAPTIST CONVENTION OF**
        **MARYLAND/DELAWARE, INC.**

        By Its Attorneys,
        JONES WALKER LLP

        By: */s/ Clarence Webster, III*
            CLARENCE WEBSTER, III

Adam Stone (MSB No. 10412)
Clarence Webster, III (MSB No. 102111)
JONES WALKER LLP
190 E. Capitol St., Ste. 800
Jackson, Mississippi 39201
Tel.: (601) 949-4900
Fax: (601) 949-4804
astone@joneswalker.com
cwebster@joneswalker.com

#101232387v1

**CERTIFICATE OF SERVICE**

 I hereby certify that I have this day filed the foregoing document with the Court's MEC system, which sent notice to all counsel of record.

 Dated: May 1, 2023.

*/s/ Clarence Webster, III*  
CLARENCE WEBSTER, III
