**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | |
|---|---|
| **WILL McRANEY** | **PLAINTIFF** |
| V. | No. 1:17cv080-GHD-DAS |
| **THE NORTH AMERICAN MISSION BOARD OF THE SOUTHERN BAPTIST CONVENTION, INC.** | **DEFENDANT** |

**THE NORTH AMERICAN MISSION BOARD**
**OF THE SOUTHERN BAPTIST CONVENTION, INC.'S**
**MOTION FOR SUMMARY JUDGMENT**

**ORAL ARGUMENT REQUESTED**

Defendant The North American Mission Board of the Southern Baptist Convention, Inc. ("NAMB"), pursuant to Fed. R. Civ. P. 56, respectfully moves for summary judgment in its favor and dismissal of the Plaintiff's claims with prejudice.

1. Plaintiff advances six claims against NAMB: (i) two claims for interference with contract and economic relations (Counts I and IV); (ii) two claims for defamation (Counts II and V); and (iii) two claims for infliction of emotional distress (Counts III and VI).

2. NAMB is entitled to judgment as a matter of law on each of Plaintiff's claims because (i) the First Amendment precludes adjudication of this lawsuit; (ii) Plaintiff released his claims against NAMB; and (iii) the evidence shows that there are no genuine issues of material fact as to the merits of each of Plaintiffs' claims, and NAMB is therefore entitled to judgment pursuant to Federal Rule of Civil Procedure 56.

3. NAMB's Motion for Summary Judgment is based upon the Memorandum Brief and the following exhibits, which are attached to the Declaration of Timothy Perla:

1

| EXHIBIT | DESCRIPTION |
|---|---|
| 1. | Strategic Partnership Agreement executed between NAMB and the Baptist Convention for Maryland/Delaware ("BCMD") |
| 2. | Excerpts of March 2, 2023 deposition transcript of Kevin Ezell |
| 3. | May 4, 2023 deposition transcript of William Warren |
| 4. | January 14, 2015 letter from BCMD to Kevin Ezell |
| 5. | February 3, 2015 email from Jeff Christopherson to Steve Davis and attached document |
| 6. | November 14, 2014 email chain between Jeff Christopherson and Will McRaney |
| 7. | August 25, 2014 email from Jeff Christopherson to Will McRaney |
| 8. | November 18, 2014 email from Jeff Christopherson to Will McRaney |
| 9. | November 20, 2014 email from Kevin Ezell to Will McRaney |
| 10. | December 2, 2014 letter from NAMB to BCMD |
| 11. | February 6, 2015 Resolution of Support |
| 12. | March 18, 2015 email from Steve Davis to Will McRaney |
| 13. | June 8, 2015 BCMD General Mission Board Meeting Minutes |
| 14. | June 4, 2016 email chain between Michael Trammell and William Warren |
| 15. | August 26, 2015 email chain between William Warren and Will McRaney |
| 16. | May 19, 2016 NAMB Trustee Information Conference Call minutes |
| 17. | Separation Agreement and Release |
| 18. | February 4, 2016 email from Will McRaney to NAMB trustees and attached letter |
| 19. | June 13, 2016 email from Bill Ingram to Rick Curtis and attached letter and document |
| 20. | February 5, 2016 Tom Wigginton Outlook item and attached photograph |

21. Excerpts of February 28, 2023 deposition transcript of Rob Paul

22. Exhibit D2 from February 28, 2023 deposition of Rob Paul

23. Will McRaney Facebook and Twitter post samples

24. April 25, 2023 deposition transcript of Barry Hankins

25. September 19, 2014 email from Ron Blankenship to Jeff Christopherson

26. November 26, 2014 letter from Will McRaney to Kevin Ezell

27. November 8, 2015 email chain between William Warren and Thomas Winborn

28. September 9, 2015 email from Mark Dooley to Will McRaney

29. Affidavit of Jimmy Crosby

30. Affidavit of Scott Thomas

31. December 9, 2014 NAMB Executive Committee Conference Call minutes

32. August 19, 2014 email chain between Kevin Ezell and Aaron Coe

33. October 10, 2014 email from Will McRaney to Tom Stolle

34. Excerpts of November 3, 2022 deposition transcript of Tom Wigginton

35. Excerpts of May 1, 2023 deposition transcript of William Barker

36. September 13, 2015 email from Mark Dooley to Will McRaney

37. Excerpts of February 16, 2023 deposition transcript of Danny De Armas

38. November 18, 2014 email from Will McRaney to Jeff Christopherson

39. Plaintiff's Amended Objections and Fifth Supplemental Responses to NAMB's First Set of Interrogatories

40. Excerpts of February 8, 2023 deposition transcript of Will McRaney

WHEREFORE, PREMISES CONSIDERED, NAMB respectfully requests that this Court grant its Motion for Summary Judgment.

Respectfully submitted, this 18th day of May, 2023.

By: *s/ Kathleen Ingram Carrington*
Kathleen Ingram Carrington (MB# 104220)
BUTLER SNOW LLP
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
(P) 615-651-6745
kat.carrington@butlersnow.com

*s/ Matthew T. Martens*
Matthew T. Martens (admitted *pro hac vice*)
WILMER CUTLER PICKERING
 HALE & DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(P) (202) 663-6921
matthew.martens@wilmerhale.com

*s/ Timothy Jeffrey Perla*
Timothy Jeffrey Perla (admitted *pro hac vice*)
WILMER CUTLER PICKERING
 HALE & DORR LLP
60 State Street
Boston, MA 02109
(P) (617) 526-6696
timothy.perla@wilmerhale.com

*s/ Joshua Aisen Vittor*
Joshua Aisen Vittor (admitted *pro hac vice*)
WILMER CUTLER PICKERING
 HALE & DORR LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
(P) (213) 443-5375
joshua.vittor@wilmerhale.com

*Counsel for Defendant The North American Mission Board of the Southern Baptist Convention, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court the using the Court's ECF system, which sent notification of such filing to all counsel of record.

SO CERTIFIED, this 18th day of May, 2023.

*s/ Timothy Jeffrey Perla*
TIMOTHY JEFFREY PERLA
