# EXHIBIT 1




## Strategic Partnership Agreement
## between the
## North American Mission Board
## and the
## Baptist Convention of Maryland/Delaware

**PREAMBLE:**

"So then neither the one who plants nor the one who waters is anything, but only God who gives the growth. Now the one who plants and the one who waters are equal, and each will receive his own reward according to his own labor" (1 Corinthians 3:7-8; HCSB).

### North American Mission Board (NAMB) Ministry Statement
### approved by the Southern Baptist Convention, 2011:

"The North American Mission Board exists to work with churches, associations and state conventions in mobilizing Southern Baptists as a missional force to impact North America with the gospel of Jesus Christ through evangelism and church planting."

**Ministry Priorities of the North American Mission Board:**

1. Assist churches in planting healthy, multiplying, evangelistic SBC churches in the United States and Canada.

2. Assist churches in the ministries of evangelism and making disciples.

3. Assist churches by appointing, supporting and assuring accountability for missionaries serving in the U.S. and Canada.

4. Assist churches by providing missions education and coordinating volunteer missions opportunities for church members.

5. Assist churches by providing leadership development.

6. Assist churches in relief ministries to victims of disaster and other people in need.

The North American Mission Board desires to partner with Baptist conventions in North America according to its ministry priorities described above. NAMB also respects the ministry priorities as defined by each convention; therefore, the following strategic partnership agreement sets forth mutual guidelines for defining the parameters of coordinating strategies, projects, resourcing and assistance with providing missionaries to help each convention penetrate lostness.

NAMB-0002

**Convention Mission Statement of Purpose:**

The Baptist Convention of Maryland/Delaware exists to intentionally assist in the starting and strengthening of congregations so that together we can accomplish the Great Commission as given to us by our Lord in Matthew 28:19-20 and Acts 1:8.

## I. General Principles

1. This Strategic Partnership Agreement is between **the Baptist Convention of Maryland/Delaware** and the North American Mission Board (NAMB) of the Southern Baptist Convention. The purpose of this agreement is to define the relationships and responsibilities of the convention and the North American Mission Board in areas where the two partners jointly develop, administer and evaluate a strategic plan for penetrating lostness through church planting and evangelism.

2. The Strategic Partnership Agreement shall be driven by shared values that reflect mutual respect and peer-to-peer relationships. These values are:

    a. Biblical Authority
    b. Kingdom Advancement
    c. Partnership
    d. Evangelism and Missions
    e. Mutual Accountability
    f. Autonomy of Individual Baptist Entities
    g. Contextualized Focus

3. The Strategic Partnership Agreement shall be cooperatively developed and approved by representatives of the two partners in accordance with the policies of each. In the negotiation of the strategic plan and its funding, NAMB will be represented by the regional vice president and the convention will be represented by the executive director and/or his designee(s).

4. The Strategic Partnership Agreement will address the mutual goals and strategic plan of the convention and NAMB's support of the plan through cooperative funding.

5. Financial support for the strategic plan shall be provided by the two entities on a negotiated ratio basis and reviewed annually.

6. The implementation of a strategic plan shall be in accordance with all the policies and procedures of each partner.

7. General administration and implementation of the strategic plan shall be by the convention.

8. Adjustments to the strategic plan and its resourcing will be determined in consultation between the executive director and the regional vice president of NAMB.

9. NAMB resourcing for the strategic plan shall be provided through the convention.

10. All NAMB funding must be requested and approved through the regional vice president.

11. The partners shall have equal opportunity to pursue their respective assignments from their Boards.

12. After advanced discussion with the executive director, additional projects may be initiated, financed, resourced, administered and promoted in the convention area by NAMB.

13. Neither entity will initiate work that obligates the other without written approval by both partners.

14. All elements of this document shall be consistent with the most recently adopted version of the Southern Baptist Convention Baptist Faith and Message.

## II. Personnel

1. Jointly Funded Missionary Personnel

    a. Jointly funded missionaries must go through the approval process of both the convention and NAMB. Searches for jointly funded missionaries shall be initiated by the convention in consultation with NAMB. Final approval of the candidate will be from NAMB.

    b. Supervision of missionaries will be the responsibility of the convention's executive director or his designee(s).

    c. The entity that issues the W-2/T-4 (Canada) shall be the employer of record.

    d. All missionaries will participate in at least semi-annual reviews, with input from all financially supporting partners, coordinated through the convention's executive director or his designee.

    e. Approved moving expenses for missionaries may be negotiated between the executive director and the regional vice president through the current funding ratio formula of the convention with NAMB.

    f. Insurance benefits for missionaries shall normally be provided according to the policies of both the convention and NAMB. All other insurance supplements may be provided by another entity.

    g. The annuity benefit will be provided by the employer of record.

    h. Other benefits may be provided to a missionary in accordance with a supporting partner's policies. Additional benefits should be periodically reviewed by all partners.

    i. Both the convention and NAMB will provide appropriate orientation for the missionaries.

## IV. Cooperation

1. It is the continuing goal of the two partners to improve cooperation and communication in the planning, administration, promotion and implementation of the details of the Strategic Partnership Agreement.

2. The convention and the North American Mission Board shall conduct a review of this Strategic Partnership Agreement as necessary. It may be amended by mutual agreement between the executive director and the regional vice president of the North American Mission Board in accordance with each entity's policies.

3. The agreement may be discontinued by either partner after consultation between the executive director and the president of the North American Mission Board or his designee, normally with at least twelve months' notice. The convention's executive director and the president of the North American Mission Board may negotiate a different, appropriate timeframe for implementation.

## V. Funding

1. The funding ratio will be reviewed by the regional vice president and the convention executive director at least every five years, or as requested.

2. The convention will be accountable to the North American Mission Board for the expenditure of NAMB resources according to the specifics of the strategic plan.

3. The convention will provide either an annual financial accounting or independent audit report to the regional vice president. If the North American Mission Board deems it necessary to request an independent audit, NAMB will bear that cost.

## VI. Addendums

Additional items of mutual agreement between the convention, the president of NAMB and/or the regional vice president of NAMB may be detailed below:

DoubleClickHereToEnterAdditionalAddendums

## VII. Signatures

X _____
(Executive Director's Signature)
Date 7/20/2012

X _____
(Regional Vice President's Signature)
Date AUG 13/2012

X _____
(NAMB President's Signature)
Date 8/21/12

NAMB-0005