# EXHIBIT 13

CONFIDENTIAL

GMB Agenda
June 8, 2015

| | |
|---|---|
| 1. Welcome and Devotion – Mark | 10:00 – 10:05 |
| 2. Opening Prayer – Harold | 10:05 – 10:10 |
| 3. Sharing the journey – Harold / Mark / Bill (5-10 minutes each) | 10:10 – 10:40 |
| 4. Corporate prayer time | until 11:00 |
| 5. Dr. McRaney | 11:00 – 11:30 |
| 6. Questions / Answers until noon | until noon |
| 7. Lunch | 12:00 – 1:00 |
| 8. Corporate prayer time | 1:00 – 1:30 |
| 9. Staff perspectives – The Five | 1:30 – 2:30 |
| 10. Discussion / Decisions | 2:30 – on |

CONFIDENTIAL

**Minutes for the Specially Called Meeting of the GMB — June 8, 2015**
**Location: Green Ridge Baptist Church of Boyds, MD**
**Mark Dooley Presiding as President of the General Mission Board**
**Thomas Winborn acting as Recording Secretary**

10:00AM
- Introduction and Reason for the Meeting and Instructions by Mark Dooley.
- Mark also gave a brief sense of his perspective on the process up until today.
- "Hope for the outcome to be a positive one for everyone has diminished over the weekend."
- The question for today: Is will McRaney the man to lead our network? Does he have the leadership ability? Does he have the relational equity?

10:15AM
- Harold Phillips led the GMB in prayer.
- Harold gave his perspective specifically talking about Matthew 18 and how we should have gone to Will one-on-one and then by taking another person, but "we haven't done that."
- "The honeymoon is over and the problems are rising now…. We have some struggles."
- "I like Will, but if I didn't like him, I'd still say the same thing. I don't believe we need to move to dismiss at this point."

10:23AM
- Keith Corrick steps up to give his perspective and on behalf of the majority of the DOM's.
- It's been a two-step forward, and three steps back over the last couple of years with McRaney's talk about absorbing the DOM's into the state convention without even getting to build relationships the DOM's first.
- The relationship trouble with NAMB is of great concern and seems to be mostly pointing to McRaney's relationship problems with NAMB.
- Dr. McRaney's pastor meetings seem to leave pastors confused and only having more questions than answers. DOM's see that pastors are unhappy to hear it's more about how to get more money from the churches for the network instead of how we can help more churches in the network.
- Lack of confidence in Dr. McRaney by 5 leadership staff that we know and trust.
- Lack of trust and confidence in Dr. McRaney among the DOM's.
- If Dr. McRaney stays, the result will be a negative one for our convention and the churches that make up our network.
- I believe for the future good of our convention, Dr. McRaney should step down for the good of the churches of the BCMD.

10:29AM
- Bill Warren gives his perspective and goes over the 6 directives that were emailed to the GMB and that were given to Will for completion within two weeks of receipt.
- We saw a great potential for division with McRaney going to the top 20 or top 50 pastors so we asked him to cancel the meetings.
- I believe we have seen McRaney circumvent the AC and GMB going against polity set up for the network.
- The Exec cannot offer jobs to people when the position has not been approved by the AC or GMB especially when we don't have any idea where we are going to get the money for such positions.
- Mistakes by McRaney with NAMB: 1) Deciding to call Crawford without approval by NAMB after being in trouble for the way Joel Rainey was hired and after we received the letter by NAMB in December about canceling our contract. 2) Will lambasted NAMB and Ezell in Alabama at the meeting of state Execs. 3) There are more than a few pastors who do not trust Will and will not follow him, even to the point of voting with our budgets. 4) The staff feel ignored, put-down, censuring emails at midnight. They are all saying they will leave if Will stays.

10:39AM

CONFIDENTIAL

- Mark begins to open the floor for Q&A.
- Ken Stalls asks for copy of DOM report to read while we are here.
- Curtis Hill comments that Matthew 18 is complicated and may not be as straight forward as has been presented. Mark responds that all 5 staff were terrified to come and meet.
- Request to hear more about the nature of the problem with Will and his interactions among the staff. Bill Warren said that Will isn't Tyrannical, but he deals with staff issues by email in the late hours of the night (after mid-night) with what Bill refers to as scathing emails from his perspective.
- Victor Kirk spoke with McRaney last night and Will said that there was no merit to the six directives.
- Various others said they also received phone calls from McRaney.
- Charlie Arnold had a three hour meeting with Will yesterday. Will seemed to deflect most of it. Charlie encouraged him to get rest and stop running himself to death. Will's answer about the emails is that he would not have changed anything other than one word in one of Doug's emails. He didn't take any ownership that there is a problem.
- Hellen Corrothers says we have a problem in management here from her perspective. She was a former warden of a prison. She went down the list of 6 things and is concerned that these relationships are not reconcilable.
- Josh McCord says Matthew 18 wasn't followed but it is the Word of God and we should have followed it. However, we now have to deal with where we are. Since it is so divisive, Will should see that he should step down. Will came to him at the ballgame and spoke negatively of NAMB on and on.
- Mark says the spirit of the law of Matthew 18 has been followed by DOM's and others on staff and leadership.
- Bruce Glisson overheard what he said to Doug Dubois, "If I hurt you, I'm sorry. I'm supposed to tell you that I'm sorry, but I'm not sure what I'm supposed to be sorry about."
- Mark Swan asked if Will was repentant or willing to work to do these six things. Harold said Will was trying to do at least some of these things. Bill Warren said Will's demeanor and response was appropriate in the meeting with Elected Leadership to inform Will of the 6 directives last Tuesday, June 2, 2015.

11:19AM Will McRaney enters the room to start giving his statement.
- Prayer was given to the Lord for this time by a GMB member.
- Will comes to the podium saying he will not walk point by point but try to frame things.
- You hired me to come in and set direction and to lead and serve these staff. The staff's job is to run the play. Sometimes it feels like a wrestling team instead in church with staff as well. It's my desire to have open and clean hands in my leading of this network.
- Most of the things in these 6 directives are "news to me" or I have been in the dark about them. There are some things that are real, but some that are false or innuendos or non-realities.
- We are facing a culture of change in our country and our denomination is going through some changes as well. Associations are radically changing and so are state conventions. Overall there is a decrease in emphasis in denominational life. Then there are some tsunami changes in our network. Every change is painful.
- You called me to serve as the Exec Director, but God appointed me. You affirmed me. God prepared me through training and experience. I believe I have a track record with people over time. Organizations have to accomplish a task and work with people. There is constantly a balancing act in that regard and ideally we have to move forward to strike a balance.
- We have worked hard to reconnect with our pastors, the network, like never before. Our peer-learning groups, etc, have helped us to reconnect at all levels. Strong with church-plants. Reaching muslims on college campuses. Skycroft operating in the black reaching thousands. Tightened our belts in our operations. We're trying to build up a star staff, but we have some shifting that needs to still be done. Annual meeting attendance has increased from 300 at Ogletown to almost 700 this past year.

CONFIDENTIAL

- Lessons I've learned: 1) The enemy is at work. The enemy works on babies and that is where we are (like Moses and Jesus). If we get sidetracked now, it's not going to be good. We need to guard well and steward well. I've brought much to the job, but I've got plenty to learn. 2) I've overworked, under-slept, under-exercised, and not taken good care of my body. I need to take some time off regularly. 3) I could use some assistance in coaching for transitioning our network. 4) Corporate transitions are difficult. 5) 75% of your brain is used to identify threats. Fear is something that we are hard-wired to and have to fight. Have to foresee as much as we can. Do worst-case scenarios. 6) We have to rebuild trust because when you unhinge things to move forward you lose some trust and we have to rebuilt that.
- I'll be addressing these areas, but the good thing is that I already do most of those 6 things. I love on pastors and the DOM's. I need to set up meetings with staff individually. Want to help staff deal with this in Matthew 18 and Matthew 5:23-24. I'm going to seek forgiveness and clarity so that we can move forward. I'm ok with uneasiness, but I'm going to keep helping us. I'm going to get better and better and they will as well.
- I've sent correspondence to Ezell to seek to meet with him to seek forgiveness. I've been trying to meet with him all the way back to October which is very well documented.
- 6 Directions for our network: enhanced network relationships - membership matters; thriving self-supporting network; stronger leadership network; local ministry/contextualized training; purposeful church revitalization; local and global kingdom impact.
- ————— Q&A —————
- Steve Fehrman asked if Dr. McRaney believes most of the conflict is from culture change? Will gives three things conflict comes from…?
- Sean Davis agrees with changes like NAMB, but feels like we are doing an old way of Southern Baptist dealing with things. Will, can you listen more and seek to possibly change when you hear things? Will says he has allowed the staff to be very collaborative and the natural inclination is to naturally buck authority…. If you cannot follow well you will have leadership rebellion. Teach followership first is what must happen. We have a collection of all-stars Sean, and they're used to doing things their way, but it's my job to set direction and they need to follow my direction. It's not their job to criticize my direction and question it. This meeting is the wrong order in every way. We're under attack. Give us 6 months and you'll see us running forward!
- ?? You've tried to reach out to staff and how? Will responded, some via email, phone calls, face to face, but this is all a shock! I've reached out in virtually all those forms. If you have a personal issue, don't make it an issue. That's called triangulation. Follow up question for Will: can you share with us with what you've done wrong? Will responds that he is not aware, maybe something with Doug…but I'm still in the dark. With NAMB…I've reached out to Kevin Ezell. We continue to be open postured with them, putting on the whole armor — sandals…always ready to be at peace with them. Let's try to stop the information that circulates that is wrong. I feel right before the Lord in this with NAMB. Next question for clarification, you're saying you're in the dark with what you've done wrong with NAMB and with staff? Will says he has responded with the 17 page response to NAMB. The ruffles with the staff are not interpersonal, but those men will have to grow and we will do business differently. Another follow up question: What have you done wrong with DOM's. Will: Ron Blankenship - I reached out to him early and said something is amiss here. Ron said it's a group issue, so not needing to meet personally. Will says he's been trying to protect our local work and be able to pass it off well. I'm trying to validate the work and it's clear. I've been working on this with DOM's, but Ron's going to have to open up. I've since gone and made amends to Ron, but in the midst of that, Ron's made a bunch of emails to people.
- ?? Did you meet with staff members to apologize? Will: I just learned this week on Tuesday, so I met with them to tell them that I really want to meet with them. Said a few things, but I can't apologize. To offer a false apology is also a lie. It's not an offense for me to tell people to do their job and I can't really apologize for something I don't know I've done. I'm so open. I have conversations with them in the halls and everywhere else. People didn't breach those Exec doors

- often before I got there, but I'm open. I've made every attempt to reach out to them that I can, but they are not seeming to want to meet or respond. They've seemingly been encouraged to not talk to me directly because the elected leadership has created a wrong way of communicating. Should go through me to staff not around me to staff.
- Ken ? — What is your feelings are about the associations being absorbed into the state convention? Will: I'm looking at how we create greater alignment for synergy. I can't tell associations… We can't take them over. We're not going to be talking about this I told them. It's a dynamic situation. We need to keep taking a look at it.
- Bruce Glisson — What was the process in creating Reid Sterrett's position. Mark Dooley answered saying, GMB set up pilot program. Bruce Glisson said it never went through the associations which it should have. Will: there are no positions created. Goes on to talk about positions we do have from CPC. Mark Dooley said Scott Weatherford asked to have his name removed from the section under prospective employees. Will tears down the language in this section by saying he has to talk with guys before he can suggest we hire them.
- Mark Swan— It's a blessing to be planting a church in this network. Publicly you have sung the praises of your staff, but somewhere there is a breakdown because they are unhappy or in unrest. The same exists with the DOM's. What do you perceive this breakout might be and what are some things you are going to try to do to change or rectify this? Will: if there is a pastor that has a problem, I am not aware of it. We are engaged as we can be at this point. You guys have to stop allowing rumors to create this problem. Give me names. We've got to stop this chatter stuff. I'm sure some pastors aren't happy, but I don't know who. DOM's, I meet with them every month. Only maybe one or two of those that are really unhappy. The unintended consequence of all the NAMB problem is that I wasn't able to do these other things. In terms of staff, it mostly unraveled…it should have been between personnel or me (Will). It doesn't take but a little bit of chatter, and a little bit of the enemy, and a little bit of miscommunication to create all this.
- Victor Kirk: What's your management style and can you adjust that style to not compromise but to communicate better to the different levels that exist in the convention. And based on your management style do you see anything you have done where you have not gone through the AC or GMB as you should have. Will: it's a very fluid situation. Ultimately the AC submits a budget to the GMB. I've not been out having a wide discussion, but I've tried to put that in a form that someone could actually make some sense of it.  $650,000 is hard to deal with but I wasn't out promoting…most of that was awareness…so I could see how it might be seen that I maybe circumvented the AC, but there are many unknowns, we don't know how much we're going to need to raise. I put them on a card. We had full documents to communicate with upcoming meetings that were cancelled to present to them our direction. We're looking at some ways to make up the shortfall that have not been fully hammered out. VK — you think you've been in your wheelhouse and it's been ok at this point? Will: yes, we're still trying to work through the meetings, but I'm really, really good at this. I'm not trying to run out and make controversy and sell a plan…and I have to look at a worse case scenario. We're going to have to raise support. I can adjust and learn. I'm highly collaborative. My collaborativeness has made this more open which has created more chatter which has made part of this problem. They have to learn to follow and they will learn.

12:22PM
- Mark dismissed the GMB and calls a short AC meeting with Will McRaney to listen to the recording of the leadership team meeting made last week.
- Ken Stalls Prayed for lunch.

1:35PM
- Mark reconvenes the meeting for Staff perspectives after a short time in prayer.
- Mike Trammel led the board in prayer.

1:40PM
- Michael Crawford gives his perspective on the situation with our Exec Director.

BCMD_0686

CONFIDENTIAL

- I had to pick a side from the beginning between NAMB and BCM/D. I started meeting with Marsico and Larson to help defray some of the friction.
- 2 to 3 months in I started to see some things. 1) We were going in circles. Monday meetings were pretty much about the same things each week. 2) All of the ideas that we got excited about were ours. 3) Why is it that I can be friends with Marsico and Larson, but McRaney can't? I tried to produce some reconciliation and I found it easy to reconcile in that way, but for whatever reasons for Dr. McRaney, he couldn't.
- The straw that broke my back was when I was going out in the field and I was encountering something I had never encountered before…people were suspicious of me. "We like you, but we don't like your boss. We don't trust your boss. We don't know where your boss is going." This was DOM's, pastors, church leaders, etc. I had been championing Dr. McRaney, but I started running up against a common theme that was very uncomfortable. I met with a DOM that was supposedly one of Dr. McRaney's biggest critics and we had a great time. I concluded this is not going to work. This is 5th grade stuff. It's just ridiculous. It is totally unacceptable. I'm trying to do my job but can't because people don't like my boss. In a leadership meeting, I explained this to Dr. McRaney. It didn't go well. He got quiet. I pled the whole thing. Great organizations always deal with hard things. It doesn't matter if those people are all wrong, let's just grant they are. It's still a problem. We need them to come along with us. "I don't know if you have the relational equity to pull this off." That meeting ended. The very next day, a very significant pastor said everything to McRaney that we had said. I then sat in my office for two hours alone and talked about his strengths and weaknesses. The following morning at 2am I got an email that told me it wasn't my place to do that. I've been quiet ever since. This isn't personal for me. The bottom line is he can't lead. I love him. He cannot lead. He is never going to inspire leaders to really go for it.
- Bruce Glisson: There was a two hour meeting alone with you and McRaney in addition to the leadership meeting where you brought up some of these things? Yes.
- ?? Do you have any problems with McRaney? Michael: My problem is that I don't believe he can lead us out of this.
- ?? Do you think he heard you? MC: No, he didn't hear a word I said.
- ?? Do you think he's more in denial about that or just not aware of his lack of leadership ability? MC: I dont know if it connects? No, I think he's in denial. Sometimes I waffle. I'm not sure if he's not connecting, but either way…
- Mike Trammel: This is a minor piece in all of this, but I wonder if we have contributed to this by letting him have the title of strategist…? MC: You hired a strategist and a processor, a guy who is really adept in grabbing a bunch of ideas and putting them into a "thing", but he's just not Joshua or Jeremiah.
- Jessie Arce: Did you go to him before you brought it up in the leadership meeting? MC: Yes. All of us have been in his office with his "open door policy."
- ??: Is he directing like you're his students? MC: Yes, 100% agree.
- ??: Who is he to you if McRaney is not Joshua? MC: He would be on staff at the MABN, but not the leader. ??: With the email issue that came, was it about something you brought up in leadership meeting. MC: Yes, "You are giving credence to the chatter and to the work of the enemy."
- ?? Do you guys have regularly scheduled individual meetings with McRaney? MC: We have Monday meetings that accomplish nothing and talk about the same things over and over and over and over and over. If he remains, I will eventually leave.
- Ken Fentress: I recognize the position you guys are in, and I appreciate your honesty.
- MC: To conclude: The narcissism is choking. I love this network and the local churches.

2:01PM
- Doug Dubois begins his perspective talk.

CONFIDENTIAL

- I fell in love with his book on evangelism and his family. He is my friend. Dr. McRaney allowed me to sit at the leadership table. I got frustrated when my brick idea got taken from me and given to Keith Hammer. Then I got called back to take the bricks back. There were 160+ bricks.
- I ended up having to report to Keith Hammer. I met with Dr. McRaney and told him at his house all my frustrations for four hours. WM: Said he wouldn't have to report to him. DD: Got an email at 2am that said he would have to report to Keith Hammer.
- Let me run with Love Your Neighbor Share Christ. Then WM gives it to Joel. They begin fighting even about it. WM transferred budget money for LNSC to DD and never told Joel.
- I went to WM with an idea to systematically pray for every pastor every week and contact them every week. Would you allow me to do this strategy? WM: Yes. DD: I first apologized for the brick tour failure. WM: Said everything is good great job after that meeting. DD: Got an email in the middle of the night about how that meeting was a physical attack on the staff for saying the failure of the brick tour was my fault. He said it was an attack against Keith.
- WM sent out optional meeting email in FL. DD: I told him I couldn't go because of things here with my wife's health and SkyCroft is crazy. WM sent me a 2am email that said I have to go….that was a lame excuse and I better find myself there in FL.
- In a meeting after vision: I had to go in and apologize for fear of getting fired.
- Never had he apologized. He always says I am sorry if anything I have said offended you. He doesn't know what's wrong??? How can you not know something is wrong as you sit in the midst of your five staff leaders and not know something is wrong? I can't work for him any longer.
- ?? Can this be redeemed? DD: It can, Christ can do anything, but from evidence I see with his history here so far, I don't believe it will be. I've gone to him man to man, and WM says it's ok, but then emails others that I can't be trusted. It's not ok. HE has to do Matthew 18.
- ?? Would you characterize the problems we are facing as being there are tumultuous changes happening in the convention or would you say it is more of a relational issue? DD: I believe it is both. We need a good captain that can navigate tumultuous waters in a storm. WM is not that guy. It's relational. I think he has a self-confidence issue.
- Mike Trammel affirms DD. DD: I love you guys.

2:22PM
- Randy Millwood begins presentation.
- Randy says, I've known Randy for 20 years. We've worked together and survived a LOT together. I love the guy.
- 1) As a leader, Will loves to carelessly criticize former employees like David Lee and David Jackson. I am appalled and I have to listen to them every Monday over and over.
- 2) Demonizing everyone who disagrees or offers criticism. 8 times to 2 it's satan discussed over God.
- 3) In my first eight years with your staff, the overwhelming majority of time was spent talking about our churches and praying for our churches. In the last two years, we seldom talk about you at all. If we pray, we check it off the list.
- 4) Professional methods: Metric for raises was a merit system. No professional review system or standards or goals, etc. The staff is very confused about what we are supposed to do, what is the target we are supposed to shoot for personally.
- 5) Self-Control: As an adult I have yelled at 5 times in my entire life and 3 of them has been by WM in the last 18 months. Demanded that I breach a confidence that I would not breach. Yelled at bc Adele was stirring up trouble when asking to write notes instead of making phone calls.
- 6) Long-term planning. Our work is with you. 6 weeks to 3 months out. Everything is urgent now and everything is building central and we get little to no notice for these urgent repetitive meetings.
- 7) Cooperative vs. Corporate — Now the network is a corporation and we don't even do that well. We have six or seven layers of administration hierarchy for 30 employees. I don't know who I report to. Prayer assignment — it was immediately corporatized. We had to email people we had

CONFIDENTIAL

- contact with who were pastors in the last quarter. WM used that to keep those pastors from each person's list. We want them to connect with network, not the person. We don't want them to connect to you WM said. Language is now us vs you, partner-donors.
- 8) Where there is no vision or mission, people run wildly. WM's mission is to raise money. That's all we hear about or read about or talk about. Who we hire…to raise money. Mission never follows money. Money follows mission. We have a desperate need for a leader to cast such vision and mission. Will doesn't do it.
- 9) WM has said that men have no interest in personal spiritual growth. He said what I do is "Navel Gazing". I believe we have to have habits to live and walk with God to be able to hear the voice of God and discern his direction. I'm told this is no longer valuable.
- 10) Will is very me-centric. He cares very deeply who gets the credit and he processes that through corporate filters. In Baltimore crisis he just wanted to turn the attention from NAMB to MABN. That is unacceptable.
- ?? Did you have meetings with WM one on one. RM: Often in the first 9 months. After about the 9 month mark, WM gave us a book that said raising questions was disloyalty and disloyalty was questioned at every moment. So no, I didn't believe I could at that point.
- ?? How do you help someone hear like McRaney? RM: He's not able to do more than give facts and answers. He doesn't see the relational misses.
- ?? How did you 5 come together and begin talking together? RM: When I contacted Tom Stolle confidentially I was looking for a job. Two weeks ago I walked into the meeting with the other 4 guys with the elected leadership. That was when I knew about them.

2:47PM
- Joel Rainey begins his story.
- I learned about the other guys kind of piecemeal. I am angry right now. I will be sad. I will be hurt. Right now I'm just angry.
- I'm here because I think the future of our network is at stake! Otherwise I'd be quietly seeking employment elsewhere.
- I laid it all out about my philosophical ideas while interviewing.
- I told him I didn't like the leadership book.
- He never addressed my performance, although I told him I need that when I interviewed.
- I asked how I was doing. He said he didn't know. I asked for a meeting with him 3 weeks later. I told him I need to know how I am doing. He said he couldn't tell me.
- In meeting with Dr. McRaney and leadership team I asked what water can I carry for you? WM didn't want to know or hear that.
- In Steve Davis meeting, I was told to be prepared for that. Went to lunch with him, but was not included in the meeting. I knew I wasn't on the inside anymore.
- In Florida, WM and Hammer discussed how they could take Bill Warren out of the discussion.
- Baltimore riots WM paraded MC's idea about Video.
- Joel was chastised by 2am email about his not showing "deference" to WM at JR's conference.
- I'm here because I love you. Your network is at stake. It's not a personal issue. It's not a Matthew 18 issue. If he stays, we're definitely going over the falls.
- ?? One on one meetings with him about these things? Yes, I already spoke to those. WM is checking boxes off the list now, and I told him I hate this situation and I think the best way is for us to get together all of us and let's lock the door and hammer this out. He never responded to me. I reiterated this again at the end of the meeting. No response.
- ?? Do you have any input on what can be done to heal the DOM's relationship with WM or with the network? JR: I've offered to help with that, but I'll refer to Keith on it. But I offered WM to help with that for him and the network. He never spoke to me about it again. I said to WM, let me sit down with them, let me go in there with them. He didn't say no. He just didn't answer the question. I have to have clarity. I can't live with an unclear leader. I can't.

3:08PM

BCMD_0689

CONFIDENTIAL

- Tom Stolle begins his story.
- Not once in my 28 years have I ever spoken to a board of directors about an exec's inability to do his job. My role is CFO. I report to you. You trust me to report accurately and to tell you the truth. You trust me as CFO to bring my opinion of where we are going as an organization. That trust is sacred to me. I've tried to spend over ten years in this organization earning your trust.
- If I'm an office and a leader, then you hired me to tell you what I think, right? I have fiduciary responsibility to you, so I will tell you the truth as I always have.
- I am grieved beyond words to say it is my opinion that WM should not be allowed to continue as Exec Director.
- It's already having a negative effect on our organization. These men are putting their ministry careers in your hands. They are saying, "I love you so much that instead of quietly leaving, I am going to tell you the truth even if it costs me my family." I take no joy in this.
- WM struggles in his ability to communicate. He doesn't have the relational equity he needs to move the relationship forward and WM struggles to be widely respected in the network.
- You are NOT partner donors. You are churches. Here are my concerns from my perspective.
- Staff have received hostile emails from their boss…I say this as CFO and HRD. This kind of communication is inappropriate and inflammatory and not becoming of a godly leader.
- These staff were told to stay in their lanes and let the boss be the boss.
- WM told me he and doug were not good even after he had just told doug they were good. That is unacceptable.
- Keith Hammer is stepping into the CFO position and has basically become the Associate Exec Director. WM told the AC that Hammer would spend 75% of his time in church strengthening. But I'd be surprised if he spends even 10% of the time doing church strengthening.
- Will wouldn't allow TS to speak when asked a financial question.
- The GMB should be allowed to hear from a NAMB representative even when asked about that in the GMB…WM doesn't offer a response or say let's get one in here to talk to you.
- WM refuses to go through the AC for financial changes that are HUGE. I confronted him on these things multiple times, face to face, via email, and face to face again and email again.
- WM tried to get me to say I would agree with his ideas to take the top 20 and 50 giving church pastors, but I said I would not because the ideas were not first taken to the AC and I would not go against the AC when two of the leaders on there were against the ideas and the rest hadn't even been informed of them yet. It is a matter of my integrity.
- The "apology attempt" with JR, MC, and TS was unacceptable. It was inappropriate.
- If WM stays I will seek employment elsewhere.
- Victor Kirk: Thank you Tom. The pastor who was defunding CP because of WM…was he defunding CP to move money towards Go FWD? TS: No, to send it over top of us to NAMB.
- ?? How is this affecting the other employees? TS: Everyone knows something is going on and it is uncomfortable and there are multiple issues for other staff.
- Prayer was called for all 5 staff.

3:58PM
- Reconvened for final discussion and decisions.
- Mark Dooley recognizes the chairman of the administrative committee, Harold Phillips.
- Harold Phillips brings a recommendation from the administrative committee: It is a heart breaking endeavor but the situation being what it is with staff and ministry, we don't have any choice. "I move as the chairman of the administrative committee with the full support and voted approval of the administrative committee that we terminate the employment of Dr. Will McRaney as the Executive Director/Executive Missional Strategist of the Mid-Atlantic Baptist Network effective immediately giving Dr. McRaney the option to resign if he so desires."
- The motion has an automatic second coming from the administrative committee.
- Mike Trammel moves that the GMB rescind the six point understanding given to Dr. McRaney from the administrative committee prior to the termination motion.

BCMD_0690

CONFIDENTIAL

CONFIDENTIAL

- Second made by Helen Corrothers for this new amendment.
- Call for the question by Bill Warren. Second by Ken Stalls. Voted approval unanimously.
- Vote is by hand: Unanimous in favor of motion to rescind the 6 point understanding.
- Harold Phillips brings a recommendation from the administrative committee: It is a heart breaking endeavor but the situation being what it is with staff and ministry, we don't have any choice. "I move as the chairman of the administrative committee with the full support and voted approval of the administrative committee that we terminate the employment of Dr. Will McRaney as the Executive Director/Executive Missional Strategist of the Mid-Atlantic Baptist Network effective immediately giving Dr. McRaney the opportunity to submit a letter of resignation by 5:00PM on June 9th to the Administrative Committee Chairman if Dr. McRaney so desires."
- Discussion:
- Amendment to the motion: "I, Harold Phillips, move as the chairman of the administrative committee with the full support and voted approval of the administrative committee that the General Mission Board terminate the employment of Dr. Will McRaney as the Executive Director/Executive Missional Strategist of the Mid-Atlantic Baptist Network effective immediately giving Dr. McRaney the opportunity to submit a letter of resignation by 5:00PM on June 9th to the Administrative Committee Chairman if Dr. McRaney so desires."
- Unanimous Vote to call to Question.
- Ballots passed out with a YES if you are in favor of termination or NO to vote against the motion.
- Votes read allowed UNANIMOUS 37 votes of YES to 0 votes NO at 4:25PM
- Mark Dooley recognizes Bill Warren to speak as the President of the Convention regarding the legal steps needed to move forward with this motion from the administrative committee.
- Motion made to remove Dr. McRaney as the Corporate Secretary. Unanimous vote to remove.
- Harold Phillips recommends from the administrative committee we give Dr. McRaney 6 months severance paid monthly including insurance plus his 15 days PTO and that the severance package include a non-disparagement clause.
- Motion made by Steve Fehrman that the Administrative Committee be delegated the authority to work out the details of the severance package and then to communicate that back to the GMB.
- Motion Seconded by Curtis Hill.
- Call to Question
- Vote is Unanimous on Call to Question
- Vote on Motion - Passed Unanimously
- Motion to give AC authority to decide on details of communication to staff and the time frame of Dr. McRaney's departure and cleaning out of his office.
- Motion seconded
- Call for the question - Unanimous Vote for
- Motion passed unanimously.
- Harold Phillips brings motion from the AC to nominate Tom Stolle as the interim Executive Director while retaining the CFO position and title. Second comes with motion from AC.
- Call to Question - Unanimous vote
- Motion Passed
- Mark Dooley asked Ken Stalls to moderate.
- Ken recognizes Mark to speak to the issue of Keith Hammer as an employee and what happens from here. Mark makes a recommendation that Keith will be contacted by the AC and that he will now work under the original conditions of his employment package under the authority of Randy Millwood as his direct supervisor.
- Motion is seconded.
- Call to Question - Passed
- The AC will instruct Keith Hammer to return to his original job description as hired reporting to Randy Millwood with his job being reviewed by the AC in the near future.
- Helen Corrothers seconded.
- Motion Passed

BCMD_0691

CONFIDENTIAL

- Bill Warren asked to share information from the Lawyer.
- Motion to Adjourn. Seconded. Unanimous vote to adjourn at 5:25PM.

Members of GMB Present:
- Robert Anderson
- Victor Kirk
- David Orr
- Ken Fentress
- Glen Swanson
- Lance Metcalf
- Mike Trammell
- Randal Blackmon
- Bruce Glisson
- Joshua McCord
- Steve Hokuf
- Glenn Leatherman
- Bernard Fuller
- David Scafide
- Mark Swan
- Joe Blanton
- Steve Fehrman
- Mitch Young
- Martin Bennett
- Bill Jones
- Helen Corrothers
- Cecil Cunigan
- Charlie Arnold
- Stan Graham
- Harold Phillips
- Bill Warren
- Curtis Hill
- Jessie Arce
- Thomas Winborn
- Bobby Cook
- Sean Davis
- John Lee
- David Hall
- Dan Housam
- John Manry
- Ken Stalls
- Quentin Few
- Mark Dooley, President