**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

| | |
|---|---|
| **WILL McRANEY** | **PLAINTIFF** |
| **V.** | **No. 1:17cv080-GHD-DAS** |
| **THE NORTH AMERICAN MISSION BOARD OF THE SOUTHERN BAPTIST CONVENTION, INC.** | **DEFENDANT** |

**THE NORTH AMERICAN MISSION BOARD OF THE SOUTHERN BAPTIST CONVENTION, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant The North American Mission Board of the Southern Baptist Convention, Inc. ("NAMB"), hereby files this Response in Opposition to Plaintiff's Motion for Summary Judgment with Respect to NAMB's "Separation Agreement Defenses" (Dkt. No. 265).

NAMB's Response is supported by the memorandum brief being filed contemporaneously herewith. For the reasons described in the memorandum brief, Plaintiff's Motion for Summary Judgment should be denied.

WHEREFORE, PREMISES CONSIDERED, NAMB respectfully requests that this Court deny Plaintiff's Motion for Summary Judgment.

Respectfully submitted, this 1st day of June, 2023.

By: *s/ Kathleen Ingram Carrington*
Kathleen Ingram Carrington (MB# 104220)
BUTLER SNOW LLP
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
(P) 615-651-6745
kat.carrington@butlersnow.com

*s/ Matthew T. Martens*
Matthew T. Martens (admitted *pro hac vice*)
WILMER CUTLER PICKERING
 HALE & DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(P) (202) 663-6921
matthew.martens@wilmerhale.com

*s/ Timothy Jeffrey Perla*
Timothy Jeffrey Perla (admitted *pro hac vice*)
WILMER CUTLER PICKERING
 HALE & DORR LLP
60 State Street
Boston, MA 02109
(P) (617) 526-6696
timothy.perla@wilmerhale.com

*s/ Joshua Aisen Vittor*
Joshua Aisen Vittor (admitted *pro hac vice*)
WILMER CUTLER PICKERING
 HALE & DORR LLP
350 South Grand Avenue
Suite 2400
Los Angeles, CA 90071
(P) (213) 443-5375
joshua.vittor@wilmerhale.com

*Counsel for Defendant The North American Mission Board of the Southern Baptist Convention, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court the using the Court's ECF system, which sent notification of such filing to all counsel of record.

SO CERTIFIED, this 1st day of June, 2023.

*s/ Timothy Jeffrey Perla*
TIMOTHY JEFFREY PERLA