**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| Will McRaney,<br><br>      Plaintiff,<br><br>      v.<br><br>The North American Mission Board of the Southern Baptist Convention, Inc.,<br><br>      Defendant. | Case No. 1:17-cv-00080-GHD-DAS |

**PLAINTIFF'S RESPONSE TO
NAMB's MOTION FOR SUMMARY JUDGMENT**

Defendant NAMB has moved for summary judgment. Doc. 263, 264. For the reasons set forth in the accompanying memorandum, Plaintiff opposes NAMB's motion.

Attached as Exhibits to this Motion are the Declaration of Scott E. Gant, dated June 1, 2023, and the exhibits to that Declaration.

| | |
|---|---|
| June 1, 2023 | Respectfully Submitted, |
| | *William Harvey Barton* |
| | William Harvey Barton, II<br>BARTON LAW FIRM, PLLC<br>3007 Magnolia Street<br>Pascagoula, MS 39567<br>Phone: (228) 769-2070<br>harvey@wbartonlaw.com |
| | *Scott E. Gant* |
| | Scott E. Gant<br>BOIES SCHILLER FLEXNER LLP<br>1401 New York Avenue, NW<br>Washington, DC 20005<br>Phone: (202) 237-2727<br>sgant@bsfllp.com |