IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

WILL MCRANEY                                                     PLAINTIFF

v.                                                  Civil No. 1:17-CV-00080-GHD-DAS

THE NORTH AMERICAN MISSION BOARD
OF THE SOUTHERN BAPTIST CONVENTION            DEFENDANT

**ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to an opinion issued this day, it is hereby ORDERED that:

(1) the Defendant's motion for summary judgment [Doc. No. 263] is GRANTED;

(2) the Plaintiff's claims are DISMISSED for lack of subject matter jurisdiction; and

(3) this case is CLOSED .

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED THIS the 15 day of August, 2023.

                                               _/s/ Glen H. Davidson_
                                               SENIOR U.S. DISTRICT JUDGE